IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02890-AP

Roderick R. Brown,

    Plaintiff,

v.

Carolyn W. Colvin,
    Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

*Pro se* Plaintiff:
Roderick R. Brown
6175 S. Jasmine Street
Centennial, CO 80111
303-507-7314

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

- 1 -

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

  **A.** **Date Complaint Was Filed**: 10/23/13

  **B.** **Date Complaint Was Served on U.S. Attorney's Office**: 11/18/13

  **C.** **Date Answer and Administrative Record Were Filed**: 1/16/14

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate, however, Plaintiff will review the record over the next 40 days to ensure that the record is complete.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that he will review the medical records and may seek to supplement the record if any records are missing.

Defendant does not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff does not anticipate raising any unusual claim, but reserves the right to add any.

Defendant states that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

8.  **BRIEFING SCHEDULE**

    A.   **Plaintiff's Opening Brief Due**: 3/17/14

    B.   **Defendant's Response Brief Due**: 4/16/14

    C.   **Plaintiff's Reply Brief (If Any) Due**: 5/1/14

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.   **Plaintiff's Statement:** Plaintiff feels the Judge seeing and orally hearing from Plaintiff is necessary to properly convey Plaintiff's incontinence problems, and its effect on Plaintiff's life.

    B.   **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.   ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 5th day of February, 2014.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/Roderick R. Brown[1]
6175 S. Jasmine St.
Centennial, CO 80111
303-507-7314
*Pro se* Plaintiff

**By:** s/ *David I. Blower*
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov
Attorneys for Defendant

---

[1] Signed by David Blower with permission of Plaintiff.