**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02890-KLM

RODERICK RAY BROWN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matters before me are plaintiff's (1) **Motion for Status** [#31],[2] filed December 15, 2014; and (2) **Motion for Status & Acknowledgment of Non-Consent of Magistrate Judge & Request for Scheduling Conference** [#33], filed January 7, 2015. I grant the December motion and inform the *pro se* plaintiff that the case is on the court's docket and will be resolved in due course. I deny the January motion in part as moot to the extent it merely reiterates the relief requested in the December motion. I deny it insofar as it seeks a scheduling conference. This case is fully ripe for determination and there are no matters which require the convening of a scheduling conference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion for Status** [#31], filed December 15, 2014, is **GRANTED**, and plaintiff is advised that his social security appeal will be handled in due course; and

    2. That the **Motion for Status & Acknowledgment of Non-Consent of Magistrate Judge & Request for Scheduling Conference** [#33], filed January 7, 2015, is **DENIED AS MOOT IN PART** to the extent it seeks the same relief requested in the prior motion, and **DENIED IN PART** to the extent it purports to request the setting of a scheduling conference in this matter.

    Dated: January 7, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.