# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02890-REB

RODERICK RAY BROWN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER AFFIRMING COMMISSIONER [Dkt. No. 35] of Judge Robert E. Blackburn entered on March 11, 2015. It is

ORDERED that the decision of Commissioner of Social Security is AFFIRMED.

Dated at Denver, Colorado this 20th day of March, 2015.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                      By:  s/   K. Finney

                                Kathleen Finney
                                Deputy Clerk